



## MEMORANDUM OPINION

No. 04-11-00540-CV

**CITY OF EAGLE PASS**,
Appellant

v.

Maricela **VERA**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 10-09-25452-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:        Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM